FORMER EMPLOYEES OF LEVI STRAUSS, PLAINTIFFS *v.*
UNITED STATES OF AMERICA, DEFENDANT

Court No. 00–11–00522

(Dated August 21, 2002)

## JUDGMENT ORDER

CARMAN, *Chief Judge:* Upon consideration of the failure to prosecute this action with due diligence by Plaintiffs, appearing *pro se*, despite being provided notice by this Court of Plaintiffs' need to timely file a US-CIT R. 56.1 Motion for Judgment on the Agency Record, it is hereby,

ORDERED that this case is dismissed pursuant to USCIT R. 41(b)(3).